UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GLORIA VILLASANA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-17-CA-436-HJB |
| JM BOZEMAN ENTERPRISES, INC. and RICHARD WAYNE MCQUEEN, | § § § § | |
| Defendants. | § § | |

## ORDER

In light of the Advisory to the Court Regarding Parties' Settlement Agreement (Docket Entry 74) filed on December 28, 2018, it is hereby **ORDERED** that all pending motions (Docket Entries 40, 60, 70, 71) are **DENIED AS MOOT**, the pretrial conference set for January 2, 2019, is hereby **CANCELLED**, and the January 7, 2019, trial setting is hereby **VACATED**.

It is **FURTHER ORDERED** that the parties must submit their settlement documents to the Court **within thirty (30) days from the date of this Order**.

**SIGNED** on January 2, 2019.

Henry J. Bemporad
United States Magistrate Judge