IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GLORIA VILLASANA<br>Plaintiff, | §<br>§<br>§ | |
| VS. | §<br>§ | Civil Action No. SA-17-CV-00436-HJB |
| JM BOZEMAN ENTERPRISES, INC.<br>AND RICHARD WAYNE MCQUEEN<br>Defendants. | §<br>§<br>§<br>§ | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this 25th day of February, 2019, came on to be considered Plaintiff's Motion to Dismiss with Prejudice in the above cause, and the Court having considered said Motion, is of the opinion that it should be and the same is hereby granted.

It is, therefore, ORDERED, ADJUDGED and DECREED by the Court that Plaintiff GLORIA VILLASANA'S cause of action against Defendants JM BOZEMAN ENTERPRISES, INC. AND RICHARD WAYNE MCQUEEN be dismissed with prejudice.

SIGNED this 25th day of February, 2019.

Henry J. Bemporad
United States Magistrate Judge

APPROVED AND AGREED:

THE LAW OFFICES OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
Telephone: (361) 985-0600
Facsimile: (361) 985-0601
Rwilson-svc@thomasjhenrylaw.com

By: _____
    THOMAS J. HENRY
    State Bar No. 09484210
    ROBERT P. WILSON
    State Bar No. 21718575

ATTORNEYS FOR PLAINTIFF
GLORIA VILLASANA


ADAMI, SHUFFIELD, SCHEIHING & BURNS, P.C.
SWBC Tower
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228
e-service only effective at adami-svc@adamilaw.com


By:    /s/ *Jarrod J. Burns* /s/
    JARROD J. BURNS
    State Bar No. 24092199
    jburns@adamilaw.com

ATTORNEY FOR DEFENDANTS
JM BOZEMAN ENTERPRISES, INC.
AND RICHARD WAYNE MCQUEEN